Name & Address:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | |
| DEFENDANT(S). | NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

**Reason:**
☐ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

Date

Attorney Name

Party Represented

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (01/14)                                    NOTICE OF MANUAL FILING