JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY REED and FADI OSMANO, | Case No. EDCV 13-0142 JGB (OPx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| NBTY, INC.; MET-RX NUTRITION, INC.; UNITED STATES NUTRITION, INC., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' First Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: 11/18/2014  _____

Jesus G. Bernal

United States District Judge

1