EXHIBIT A



**ESQUIRE**
West Los Angeles
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ11843

| Invoice Date | 10/31/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/30/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

WILLIAM DELGADO ,ESQ.
WILLENKEN, WILSON, LOH & DELGADO
SUITE 3850
707 WILSHIRE BOUELVARD
LOS ANGELES, CA 90017

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/10/2013 | REED, KELLY vs. NBTY, INC. | 10601 | 10/25/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 10/10/2013, FADI OSMANO (COSTA MESA, CA) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 693.10 |
| EXHIBITS | $ 51.50 |
| VIDEO | $ 346.88 |
| HANDLING FEE | $ 35.00 |
| REALTIME FEED | $ 155.10 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| SUMMARY | $ 95.00 |
| VIDEO HANDLING | $ 12.50 |
| VIDEO CONFERENCING SITE | $ 135.00 |
| VC BRIDGING SERVICE | $ 234.38 |
| LEF FILE | $ 60.00 |
| | $ 1,853.45 |
| Services Provided on 10/10/2013, KELLY REED (COSTA MESA, CA) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 565.00 |
| EXHIBITS | $ 25.50 |

**CONTINUED ON NEXT PAGE ...**

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

| | Invoice #: | ESQ11843 |
|---|---|---|
| | Payment Due: | 11/30/2013 |
| **Amount Due On/Before 12/15/2013** | | **$ 3,456.57** |
| Amount Due After 12/15/2013 | | $ 3,802.23 |

WILLIAM DELGADO ,ESQ.
WILLENKEN, WILSON, LOH & DELGADO
SUITE 3850
707 WILSHIRE BOUELVARD
LOS ANGELES, CA 90017

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!



 **ESQUIRE**
West Los Angeles
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ11843

| Invoice Date | 10/31/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/30/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

WILLIAM DELGADO ,ESQ.
WILLENKEN, WILSON, LOH & DELGADO
SUITE 3850
707 WILSHIRE BOUELVARD
LOS ANGELES, CA 90017

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/10/2013 | REED, KELLY vs. NBTY, INC. | 10601 | 10/25/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 10/10/2013, KELLY REED (COSTA MESA, CA) | |
|    VIDEO | $ 346.88 |
|    HANDLING FEE | $ 35.00 |
|    REALTIME FEED | $ 122.10 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
|    VIDEO HANDLING | $ 12.50 |
|    VIDEO CONFERENCING SITE | $ 135.00 |
|    VC BRIDGING SERVICE | $ 234.38 |
|    LEF FILE | $ 60.00 |
| | $ 1,571.35 |
| | |
|    DEL-STANDARD | $ 31.75 |
| | $ 31.75 |

*MATTER NUMBER: NBTY, INC. -1500-001*
*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS VIDEO SERVICES.*
*REALTIME PROVIDED*
*VTC SERVICES PROVIDED - NBTY, INC.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/15/2013** | **$ 3,456.57** |
| Amount Due After 12/15/2013 | $ 3,802.23 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 **ESQUIRE**

 VISA MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ11843 |
| Payment Due: | 11/30/2013 |
| **Amount Due On/Before 12/15/2013** | **$ 3,456.57** |
| Amount Due After 12/15/2013 | $ 3,802.23 |

WILLIAM DELGADO ,ESQ.
WILLENKEN, WILSON, LOH & DELGADO
SUITE 3850
707 WILSHIRE BOUELVARD
LOS ANGELES, CA 90017

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

E48 0000011843 10312013 1 000345657 4 11302013 12152013 9 000380223 00


Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5009

## Invoice # CSD91007

| Invoice Date | 04/08/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 05/08/2014 |
| Date of Loss |  |
| Name of Insured | NATURE BOUNTY / WILLENKEN |
| Adjustor |  |
| Claim Number | 13776 |

PAYABLE ,ACCOUNTS
NBTY
2100 SMITHTOWN AVENUE
RONKONKOMA, NY 11779

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/19/2014 | REED, KELLY vs. NBTY, INC. | 103561 | 03/27/2014 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 03/19/2014, DAVID LEFER | | |
| ONE COPY OF TRANSCRIPT (158 Pages) | $ 3.30 | $ 521.40 |
| EXHIBITS | $ 73.00 | $ 73.00 |
| HANDLING FEE | $ 45.00 | $ 45.00 |
| ROUGH ASCII | $ 166.40 | $ 166.40 |
| VIDEO CONFERENCING SITE (2 Units) | $ 135.00 | $ 270.00 |
| | | $ 1,075.80 |
| CSD-MILEAGE (142mi @ .55) | | $ 78.10 |
| CSD-SHIPPING | | $ 35.21 |
| | | $ 113.31 |

SHIPPED TO: DELGADO, WILLIAM A. ESQ
SUITE 3850
707 WILSHIRE BOUELVARD
LOS ANGELES, CA 90017
***VIDEO CONFERENCED BETWEEN NEW ORLEANS, LA AND NEW YORK***
***COPY***

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 1,189.11 |
| **Amount Due On/Before 05/23/2014** | **$ 0.00** |
| Amount Due After 05/23/2014 | $ 0.00 |

---

**Tax Number:** 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS



| | |
|---|---|
| Invoice #: | CSD91007 |
| Payment Due: | 05/08/2014 |
| **Amount Due On/Before 05/23/2014** | **$ 0.00** |
| Amount Due After 05/23/2014 | $ 0.00 |

PAYABLE ,ACCOUNTS
NBTY
2100 SMITHTOWN AVENUE
RONKONKOMA, NY 11779

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

199 0000091007 04082014 1 000000000 0 05082014 05232014 5 000000000 03




Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (888) 486-4044
Fax (856) 437-5009

**Tax Number:**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

PAYABLE ,ACCOUNTS
NBTY
2100 SMITHTOWN AVENUE
RONKONKOMA, NY 11779

## Invoice # CSD88394

| Invoice Date | 04/02/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 05/02/2014 |
| Date of Loss | |
| Name of Insured | NATURE'S BOUNTY / WILLENKEN |
| Adjustor | |
| Claim Number | 13776 |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/18/2014 | REED, KELLY vs. NBTY, INC. | 103531 | 03/30/2014 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 03/18/2014, WILLIAM CAMPBELL | | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT (288 Pages) | $ 5.70 | $ 1,641.60 |
| EXHIBITS | $ 199.70 | $ 199.70 |
| ROUGH ASCII | $ 312.00 | $ 312.00 |
| VIDEO SET-UP AND MINIMUM | $ 320.00 | $ 320.00 |
| VIDEO CONFERENCING SITE (2 Units) | $ 135.00 | $ 270.00 |
| VIDEO ADDITIONAL HOURS (4.75 Hours) | $ 135.00 | $ 641.25 |
| HANDLING FEE | $ 45.00 | $ 45.00 |
| | | $ 3,429.55 |
| CSD-MILEAGE - REPORTER (142mi @ .55) | | $ 78.10 |
| PARKING - VIDEOGRAPHER | | $ 18.00 |
| CSD-SHIPPING | | $ 59.54 |
| | | $ 155.64 |

**CONTINUED ON NEXT PAGE ...**

---------------------------------------------------------------------------------

**Tax Number:** 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**



VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | CSD88394 |
| Payment Due: | 05/02/2014 |
| **Amount Due On/Before 05/17/2014** | **$ 0.00** |
| Amount Due After 05/17/2014 | $ 0.00 |

PAYABLE ,ACCOUNTS
NBTY
2100 SMITHTOWN AVENUE
RONKONKOMA, NY 11779

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

199 0000088394 04022014 1 000000000 0 05022014 05172014 2 000000000 03


Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (888) 486-4044
Fax (856) 437-5009

Tax Number:



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # CSD79832

| Invoice Date | 03/19/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 04/18/2014 |
| Date of Loss | |
| Name of Insured | NATURE'S BOUNTY / WILLENKEN |
| Adjustor | |
| Claim Number | 13776 |

NBTY
2100 SMITHTOWN AVENUE
RONKONKOMA, NY 11779

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/11/2014 | REED, KELLY vs. NBTY, INC. | 101580 | 03/13/2014 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 03/11/2014, STEVEN HODGES | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (65 Pages) | $ 4.30 | $ 279.50 |
| EXHIBITS | $ 4.05 | $ 4.05 |
| ASCII DISK | $ 0.00 | $ 0.00 |
| E-TRANSCRIPT | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| VC BRIDGING SERVICE | $ 75.00 | $ 75.00 |
| OVERNIGHT EXPEDITE (65 Pages) | $ 3.87 | $ 251.55 |
| VIDEO CONFERENCING SITE (2 Units) | $ 250.00 | $ 500.00 |
| | | $ 1,110.10 |
| CSD-SHIPPING | | $ 5.00 |
| PARKING - CR | | $ 22.50 |
| | | $ 27.50 |

**CONTINUED ON NEXT PAGE ...**

---

**Tax Number:** 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | CSD79832 |
| Payment Due: | 04/18/2014 |
| **Amount Due On/Before 05/03/2014** | **$ 0.00** |
| Amount Due After 05/03/2014 | $ 0.00 |

NBTY
2100 SMITHTOWN AVENUE
RONKONKOMA, NY 11779

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

`199 0000079832 03192014 3 000000000 0 04182014 05032014 3 000000000 07`